PEOPLE ex rel. McDONOUGH v. GARVIN. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Proceeding by the people of the state of New York, on the

relation of Francis T. McDonough, against Michael J. Garvin, superintendent, etc. No opinion. Proceedings affirmed, and writ dismissed, with costs.